IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Placido Pedroza | ) | Case No: **15 C 5483** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Taco & Burrito House #4, et al | ) | |

### **ORDER**

This case is voluntarily dismissed.
Status hearing date of 3/31/2016 is stricken..

Date: March 25, 2016

ROBERT W. GETTLEMAN